1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9  UNITED STATES OF AMERICA,                      NO.  MJ16-404

10                           Plaintiff,

11       v.                                       DETENTION ORDER

12  JOSE MENDOZA-CORLETTO,

13                           Defendant.

14

15  Offenses charged:

16       Illegal Reentry After Deportation

17  Date of Detention Hearing: September 20, 2016.

18       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19  based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

20       FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21       (1)     Defendant is a citizen of El Salvador.

22       (2)     An immigration detainer has been placed on defendant by the United States

23  Immigration and Customs Enforcement.

24       (3)     Defendant has stipulated to detention, due to the immigration detainer lodged

25  against him, but reserves the right to contest his continued detention if there is a change in

26  circumstances.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained and shall be committed to the custody of the

Attorney General for confinement in a correction facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody

pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3)     On order of a court of the United States or on request of an attorney for the

government, the person in charge of the corrections facility in which defendant

is confined shall deliver the defendant to a United States Marshal for the

purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States

Pretrial Services Officer.

DATED this 20th day of September, 2016.

James P. Donohue

JAMES P. DONOHUE
Chief United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2